FRANKLIN *v.* WIGGINS.

<div style="float:right">88  169<br>Case 2<br>e118 551</div>

VERDICT.    PRACTICE.

1. It is not cause for setting aside a verdict and declaring a mistrial that, while the jury was out, the court formally adjourned for the night, and during the recess, the jury agreed upon a verdict, sealed it up and returned into court with the same, the judge being present, but counsel for the losing party not ·being present and having given no consent that the verdict should be returned during the recess; and the jury being dispersed, the verdict remained sealed and unpublished until next morning, and then, by direction of the court in open court, the envelope containing the verdict was opened and the verdict published.   The reception of the verdict in this mode was irregular, but so far as matter of substance is concerned, the verdict was received in open court.
2. No other question being insisted upon in the brief of counsel for the plaintiff in error or in his argument at the bar, the judgment is                    *Affirmed.*

December 7, 1891.

Before Judge RONEY.   Burke superior court.   May term, 1891.

TWIGGS & VERDERY and H. R. DANIEL, for plaintiff, cited Code, §3567.

R. O. Lovett and Josiah Holland, for defendant, cited 58 *Ga.* 489; 4 Iowa, 72; Proff. Jur. 465; 12 Am. & Eng. Enc. L. 575.